UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLIN C. STEVENS,

    Petitioner,

vs.

KRISTIN M. STEVENS, also known as
KRISTIN M. STENQUIST,

    Respondent.

Case: 2:07-cv-11255
Assigned To: Cohn, Avern
Referral Judge: Whalen R. Steven
Filed: 3023-2007 At 11:37 AM
CMP STEVENS V. STEVENS (TAM)

---

| DYKEMA GOSSETT PLLC | WOLL & WOLL, P.C. |
|---|---|
| Michael G. Cumming (P36780) | Anita Scott-Meisel (P69866) |
| Michael J. Blalock (P68969) | Attorney for Respondent Kristin M. Stenquist |
| Attorneys for Petitioner Colin C. Stevens | 29100 Northwestern Highway, Suite 120 |
| 39577 Woodward Avenue, Suite 300 | Southfield, MI 48034 USA |
| Bloomfield Hills, MI 48304 USA | (248) 354-6070 |
| (248) 203-0740/(248) 203-0566 | E-mail:ascottmeisel@wollandwollpc.com |
| E-mail:mblalock@dykema.com | |
|     mcumming@dykema.com | |

---

## ORDER FOR RETURN OF RESPONDENT'S AND MINOR CHILD'S PASSPORTS

This matter comes before the Court following this Court's Order Denying Petition for Return of Child dated June 28, 2007.

**IT IS HEREBY ORDERED** that Respondent's and GMMS's (minor child) passports, which are in the safe keeping of the U.S. Marshal, shall be returned to the Respondent forthwith.

**SO ORDERED.**


Dated: July 12, 2007                            s/Avern Cohn
                                                                         United States District Judge